

ENTERED
10/15/2019

Form O-200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 19-80269 |
| MARIE E. MILLS | § § | CHAPTER 7 |
| DEBTOR(S) | § § § | |
| SPECIALIZED LOAN SERVICING, LLC | § § | |
| MOVANT | § § | |

### AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
### EFFECTIVE DECEMBER 2, 2019
### (THIS ORDER RESOLVES DOCKET #14)

Specialized Loan Servicing, LLC ("Movant") filed a motion for relief from the automatic stay against 17 Acosta Valley Drive, Missouri City, TX 77459, more particularly described as follows:

LOT 32, BLOCK 2, OF SIENNA VILLAGE OF BEES CREEK, SECTION TWENTY ONE, A SUBDIVISION IN FORT BEND COUNTY, TESAS, ACCORDING TO THE AMP OR PLAT THEREOF RECORDED IN PLAT NO.20130084, OF THE MAP/PLAT RECORDS OF FORT BEND COUNTY, TEXAS.

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' counsel's signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including foreclosure and/or eviction effective December 2, 2019.

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

**SO ORDERED:**

Signed: October 15, 2019

Jeffrey P. Norman
United States Bankruptcy Judge

AGREED TO AND APPROVED BY:

_____
Roman Richard Rainosek / TXBN 1648 4500
Rr Rainosek & Asoc
909 W MAIN ST STE 909A
LEAGUE CITY, TX 77573-3099
(281) 557-2323
Attorney for Debtors

AGREED
*Marie E Mills*
_____
MARIE E. MILLS

/s/Chandra D. Pryro
_____
Michael J. Burns / TXBN 24054447
Chandra D. Pryor / CABN 320903
Bradley Conway / TXBN 24055340
Bonial & Associates, P.C.
Attorneys and Counselors
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for Specialized Loan Servicing, LLC

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no codebtor has filed any opposition to the requested relief.

AGREED ORDER GRANTING RELIEF
FROM AUTOMATIC STAY

5123-N-0080